Kyle Ann Citrynell, *pro hac vice*
C. Shawn Fox, *pro hac vice*
**SEILLER & HANDMAKER, L.L.P.**
2200 Meidinger Tower
462 S. Fourth Avenue
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100

Mark S. Sifferman, Az. Bar. No. 006600
**NORLING, KOLSRUD, SIFFERMAN, & DAVIS, P.L.C.**
16427 N. Scottsdale Road, Suite 210
Scottsdale, Arizona 85254
Telephone: (480) 505-0015
Facsimile: (480) 505-0025
Attorneys for Henry Benoit Dupere

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Henry Benoit Dupere, d/b/a Henry's Design, <br><br> Plaintiff, <br><br> v. <br><br> Strictly Custom Design, L.L.C., an Arizona limited liability company, Joseph Eugene Floyd; Cecil Eugene Floyd, et. al., <br><br> Defendants. | No. CV 03-2251-PCT-RCB <br><br> **NOTICE OF SETTLEMENT** |

Plaintiff Henry Dupere hereby gives notice that a settlement has been reached in the above entitled action. The settlement documents have been drafted and are partially executed. A formal stipulation and order for dismissal with prejudice will be presented shortly. No trial is set in this matter. A pretrial conference in this matter is scheduled for September 26, 2005 at 1:30 p.m.

**RESPECTFULLY SUBMITTED** this 21st day of September, 2005.

**NORLING, KOLSRUD, SIFFERMAN AND DAVIS, P.L.C.**

By  /s/ Mark S. Sifferman
  Mark S. Sifferman
  Attorneys for Plaintiff

1  **COPY** of the foregoing mailed
   this 21st day of September, 2005, to:
2
   Strictly Custom Design, L.L.C.
3  Joseph Eugene Floyd
   Cecil Eugene Floyd
4  1741 West Rose Garden Lane, Suite 3
   Phoenix, AZ 85207
5

6         /s/ Judy Darling