| | |
|---|---|
| 1 | Kyle Ann Citrynell, *pro hac vice* |
| | C. Shawn Fox, *pro hac vice* |
| 2 | **SEILLER & HANDMAKER, L.L.P.** |
| | 2200 Meidinger Tower |
| 3 | 462 S. Fourth Avenue |
| | Louisville, Kentucky 40202 |
| 4 | Telephone: (502) 584-7400 |
| | Facsimile: (502) 583-2100 |
| 5 | |
| | Mark S. Sifferman, Az. Bar. No. 006600 |
| 6 | **NORLING, KOLSRUD, SIFFERMAN,** |
| | **& DAVIS, P.L.C.** |
| 7 | 16427 N. Scottsdale Road, Suite 210 |
| | Scottsdale, Arizona 85254 |
| 8 | Telephone:  (480) 505-0015 |
| | Facsimile: (480) 505-0025 |
| 9 | Attorneys for Henry Benoit Dupere |

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Henry Benoit Dupere, d/b/a Henry's Design, | No. CV 03-2251-PCT-RCB |
| Plaintiff, | **AMENDED RULE 41 MOTION TO DISMISS** |
| v. | |
| Strictly Custom Design, L.L.C., an Arizona limited liability company, Joseph Eugene Floyd; Cecil Eugene Floyd, et. al., | |
| Defendants. | |

Pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, Plaintiff hereby requests that the court enter the accompanying order dismissing this action <u>*with prejudice*</u>. Plaintiff settled this matter with the Defendants, and a formal settlement agreement has been executed by Defendants.  The settlement agreement contemplates dismissal with prejudice.  Plaintiff requests that the Court have the accompanying Order entered.

1  **RESPECTFULLY SUBMITTED** this 20th day of December, 2005.

**SEILLER & HANDMAKER, LLP** and
**NORLING, KOLSRUD, SIFFERMAN AND DAVIS, P.L.C.**

By /s/ Mark S. Sifferman
 Kyle Anne Citrynell
 C. Shawn Fox
 Mark S. Sifferman
 Attorneys for Plaintiff

**ORIGINAL** of the foregoing mailed this 20th day of December, 2005, to:

Strictly Custom Design, L.L.C.
Joseph Eugene Floyd
Cecil Eugene Floyd
1741 West Rose Garden Lane, Suite 3
Phoenix, AZ 85207

 /s/ Judy Darling